NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

UNION STEEL, LG HAUSYS, LTD.,
LG HAUSYS AMERICA, INC.,
AND DONGBU STEEL CO., LTD,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

AND

NUCOR CORPORATION,
*Defendant-Appellee,*

AND

UNITED STATES STEEL CORPORATION,
*Defendant-Appellee.*

---

2012-1248, -1315

---

Appeals from the United States Court of International Trade in consolidated case no. 11-CV-0083, Judge Jane A. Restani.

---

**ON MOTION**

---

# ORDER

United States Steel Corporation moves without opposition for a 50-day extension of time, until September 14, 2012, for the United States, Nucor Corporation and United States Steel Corporation to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  L. Misha Preheim, Esq.
Donald Cameron, Jr., Esq.
Timothy C. Brightbill, Esq.
Jeffrey D. Gerrish, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK